

# In the Missouri Court of Appeals
# Eastern District

AUGUST 19, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.   ED99866    STATE OF MISSOURI, RES V STEVEN STAFFORD, APP

2.   ED100085 STATE OF MISSOURI, RES V TERRONN MILLET, APP

3.   ED100086 STATE OF MISSOURI, RES V DERRICK COBB, APP

4.   ED100094 STATE OF MISSOURI, RES V QUITMAN HEGWOOD, APP

5.   ED100179 STATE OF MISSOURI, RES V TRAVIS J. WHITESIDE, APP

6.   ED100241 EUGENE BURRELL, APP V STATE OF MISSOURI, RES

7.   ED100259 STATE OF MISSOURI, RES V DEMETRICK TAYLOR, APP

8.   ED100260 STATE OF MISSOURI, RES V RONNY R. ADAMSE, APP

9.   ED100322 STATE OF MISSOURI, RES V MARKA WARD, APP

10.   ED100552 STATE OF MISSOURI, RES V FREDERICK SPENCER, APP

11.   ED100614    ANTONIO BLANCHARD, APP V STATE OF MISSOURI, RES

12.   ED100692 STATE OF MISSOURI, RES V ERIC PRITCHETT, APP

13.   ED100906 IN THE INTEREST OF:  A.N.P.